UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **William J. Huet AKA William John** | : | **Case No.: 19-50025** |
| **Huet, AKA William Huet** | : | **Chapter 7** |
| **Lisa J. Huet AKA Lisa Joy Huet,** | : | **Judge Alan M. Koschik** |
| **AKA Lisa Huet** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Debtor(s).** | : | |

## NOTICE OF MOTION

 Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor") has filed a motion with the Court to lift the automatic stay with respect to your property located at 1609 Moreview Dr, Akron, OH 44321. The preliminary hearing on this matter, if any is necessary, will be held on **March 27, 2019** at **10:00 a.m.** in the U.S. Bankruptcy Court, 455 Federal Building, 2 South Main Street, Akron, OH 44308.

 **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**
 If you do not want the court to enter relief from stay and abandonment in accordance with the motion, or if you want the court to consider your views on the motion, then on or before **March 22, 2019**, you or your attorney must:
 File a written response, explaining your position, at:
   Clerk of the United States Bankruptcy Court
   455 Federal Building
   2 South Main Street
   Akron, OH 44308
 If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
 You must also mail a copy to:
   Manley Deas Kochalski LLC
   Attention: Stephen R. Franks
   P.O. Box 165028
   Columbus, OH 43216-5028
 If you or your attorney do not take these steps, the court may decide that you do not oppose the relief from stay and abandonment sought in the motion and may enter an order granting the relief from stay and abandonment.

Dated: 03/04/2019


19-002828_KKC

/s/ Adam B. Hall
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

19-002828_KKC

# CERTIFICATE OF SERVICE

       This is to certify that on March  4 , 2019, a true and accurate copy of the foregoing Notice of Motion and Opportunity to Object was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

- Kathryn A Belfance, Chapter 7 Trustee, kb@rlbllp.com

- Rebecca J. Sremack, Attorney for William J. Huet AKA William John Huet, AKA William Huet and Lisa J. Huet AKA Lisa Joy Huet, AKA Lisa Huet, info@sremacklaw.com

and on the below listed parties by regular U.S. mail, postage prepaid:

- William J. Huet AKA William John Huet, AKA William Huet and Lisa J. Huet AKA Lisa Joy Huet, AKA Lisa Huet, 1609 Moreview Drive, Akron, OH  44321

- William J. Huet AKA William John Huet, AKA William Huet and Lisa J. Huet AKA Lisa Joy Huet, AKA Lisa Huet, 1609 Moreview Dr, Akron, OH  44321

- Summit County Fiscal Officer, 175 South Main Street , Akron , OH  44308

                                                               /s/ Adam B. Hall

19-002828_KKC