## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 19-50025
William J. Huet )
Lisa J. Huet ) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRUSTEE'S MOTION TO DISMISS AS 341
) FIRST MEETING OF CREDITORS CANNOT
) BE CONCLUDED AND 21 DAY OBJECTION
) PERIOD

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby moves this Court for an order of dismissal pursuant to 11 USC § 1307 (c)(1) and Rule 4002. The Debtor(s) failure to timely supply necessary information has hindered the Trustee's ability to administer the case and has caused unnecessary delay by the Debtor(s) which is prejudicial to creditors as the Debtor(s) is enjoying the automatic stay provided by 11 USC § 362 while hindering repayment to creditors by failing to provide necessary information to conclude the 341 meeting. Until the 341 meeting is concluded the Trustee cannot recommend the case for confirmation. Creditors cannot be paid until the case is confirmed by the Court.

On **06/28/2019**, the above named Debtor(s) filed a petition for relief under Chapter 13 of the bankruptcy code.

The original date for the First Meeting of Creditors was **08/15/2019**, and has been adjourned several times because the Debtor(s) and attorney for the Debtor(s) have failed to supply the Trustee with certain required information. The Debtor(s) and attorney for the Debtor(s) were instructed to provide the following information to the Trustee.

| \_\_\_\_ Tax Returns | \_\_\_\_ Proof of auto insurance |
|---|---|
| \_\_\_\_ Financial Statements | \_\_\_\_ Proof of homeowners insurance |
| \_\_\_\_ Chapter 13 Payment | **X** See Below for issues regarding Chapter 13 Plan |
| \_\_\_\_ Pay stubs | |

**- NEED CURRENT BANKSTATEMENTS**
**- NEED AMENDED SCHEDULE C TO CLAIM ALL EXEMPTIONS OR THERE IS EQUITY OF $56,000**
**- NEED TO REMOVE TAX REFUND FROM SCHEDULE B**
**- NEED AMENDED PLAN - NEED TO CHECK 3RD BOX UNDER #2.3 AND STATE "PER OCP", NEED TO CHECK 3RD BOX UNDER #5.1 AND LIST EQUITY**
**- NEED AMENDED MEANS TEST - NEED TO REMOVE MOTHER AS DEPENDANT AND NEED TO LIST WIFE'S INCOME PURSUANT TO LAST 6 MONTHS.**
**- NEED STEP UP PAYMENTS WHEN 401(K) IS PAID OFF**

WHEREFORE, the Chapter 13 Trustee hereby moves this Court for an order of dismissal of the above Chapter 13 case for all the reasons stated herein.

**NOTICE**

**Pursuant to 11 USC § 102, unless a party in interest requests a hearing on this pleading, the Court may grant the relief requested without a hearing or further notice.**

**Parties that want to be heard on this matter must file a response to this pleading within 21 days from the date in the below certificate of service.**

**The response must be filed with the US Bankruptcy Court at:**

US Bankruptcy Court
2 South Main Street
455 John F. Seiberling Federal Building
Akron, Ohio 44308-1810

**In addition to filing a response with the Court, parties requesting a hearing must serve all parties in the below certificate of service either through the mailing address provided or, where applicable, by the Court's Electronic Filing System (ECF).**

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

## CERTIFICATE OF SERVICE

      I hereby certify that on 11/13/2019, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

William J. Huet
1609 Moreview Drive
Akron, OH  44321

Lisa J. Huet
1609 Moreview Drive
Akron, OH  44321

<u>Via ECF</u>

REBECCA J SREMACK ESQ (rebecca@sremacklaw.com) Office of
the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee(krucinski@ch13akron.com)
KATHRYN A BELFANCE, CHAPTER 7 TRUSTEE,
50 SOUTH MAIN STREET, 10TH FLOOR, AKRON, OHIO 44308


Date of Service: 11/13/2019

By: T. Rowe
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072