

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT

BY: /s/ Kathleen Deger
**Deputy Clerk**

Dated: 02:02 PM September 3 2020

### THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: 19-50025 |
| William J. Huet | ) |
| Lisa J. Huet | ) Alan M. Koschik |
| | ) BANKRUPTCY JUDGE |
| DEBTOR(S) | ) |
| | ) ORDER CHANGING EMPLOYER |
| **Last 4 digits of SSN: 1165** | ) DEDUCTIONS PURSUANT TO |
| | ) CONFIRMED CHAPTER 13 PLAN |
| | ) DOCKET NO 100 |
| | ) |

It appearing to the Court that the payment by the Debtor(s) must be changed to properly fund the Chapter 13 Plan repayment.

IT IS, THEREFORE, ORDERED:

That the Debtor's employer, FEDERAL EXPRESS CORP, change the deduction to **$896.00 MONTHLY** from the Debtor's wages and forward the same to the following address:

**OFFICE OF THE CHAPTER 13 TRUSTEE
KEITH L. RUCINSKI, CHAPTER 13 TRUSTEE
3600 MOMENTUM PLACE
CHICAGO, IL 60689-5336**

Note: To allow proper posting, please include the Debtor's name and case number (please see top of pleading for case number) on all remittances.

The employer is authorized to deduct from said income the sum of **$896.00 MONTHLY**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period until further order by the Court.

The plan payment is to be deducted from all income, including any paid leave. The employer is authorized to adjust the monthly Chapter 13 plan payment amount to the employer's pay cycle (for example, the monthly into weekly or bi-weekly amounts). To assist the employer, the following chart shows the monthly plan payment amount in different pay cycles:

| Monthly | $896.00 |
|---|---|
| Semi-Monthly | $448.00 |
| Bi-Weekly | $413.54 |
| Weekly | $206.77 |

**\*\*PLEASE IDENTIFY WITH REMITTANCE THE NAME AND CASE NUMBER:**
19-50025
Lisa J. Huet

###

Respectfully submitted,

/s/ Keith L. Rucinski
───────────────────────────────
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

**CONTACT INFORMATION**
If you have any questions regarding this information please contact:
Office of the Chapter 13 Trustee
330-762-6335
mjones@ch13akron.com

cc: **William J. Huet**        **Lisa J. Huet**
**1609 Moreview Drive**   **1609 Moreview Drive**
**Akron, OH 44321**       **Akron, OH 44321**
**(Via Regular Mail)**    **(Via Regular Mail)**

REBECCA J SREMACK ESQ (via ECF)

Keith L. Rucinski. Chapter 13 Trustee (via ECF)

FEDERAL EXPRESS CORP
30 FEDEX PKWY 2ND DL HORIZ
COLLIERVILLE, TN 38017
(Via Regular Mail)

Office of the US Trustee (via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072