**THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: 19-50025 |
| | ) | |
| WILLIAM J. HUET and LISA J. HUET, | ) | |
| | ) | ALAN M. KOSCHIK |
| DEBTOR(S) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | **MOTION TO INCUR DEBT TO** |
| | ) | **PURCHASE A VEHICLE** |

Now comes the Debtor(s), by and through undersigned counsel, and hereby moves this Court for approval to purchase a vehicle.

1. Terms of the purchase (type of vehicle, total purchase cost, length of loan, interest rate, monthly payment and from whom the Debtor(s) is buying the vehicle).

   ```
   Debtor 2 is purchasing a 2014 Chrysler Town & Country with a
   purchase price of $9,899; with tax, title, registration, and
   service contract, $11,937.29. Monthly payments of $276.46 for 60
   months with an interest rate of 19.99%. Debtor 2 is trading in
   their 2009 GMC Acadia which had a payment of $281.00/mo.
   ```

   ____ Lease a vehicle.

2. _X_ Amended Schedule I and Schedule J been filed to support car purchase.

3. _X_ The Debtor(s) has supplied the Trustee current pay remittances and most recent tax returns to support Debtor(s) request for a car purchase or lease. Note: These items are necessary even if Debtor(s) is replacing an existing car for the same monthly payment on Schedule J.

4. _X_ The Debtor(s) is current in monthly Chapter 13 plan payments in the amount of $896.00.

5. _X_ The unsecured dividend will not be affected by the Debtor(s) request to purchase or lease a vehicle.

6. _X_ The Debtor(s) needs a vehicle because:

   ```
   Debtor 2's 2009 GMC Acadia, her primary means of
   transportation, is getting old and prohibitively expensive,
   maintenance-wise. This vehicle would replace the Acadia as her
   primary transportation.
   ```

7. ____ The Debtor(s) is replacing a current lease.

8. _X_ If Debtor(s) contends existing car is too costly to repair, explain what steps Debtor(s) has

taken to keep current car operational. (What is the mileage on the existing car).

```
They have performed all routine maintenance (fluids, oil, etc.)
and have completed repairs as they arise. The mileage of the
current vehicle is 170,200.
```

9. __X__ What is make and model of existing car.

    ```
    2009 GMC Acadia
    ```

10. ____ The Debtor(s) current car is being paid through the Chapter 13 plan.

11. ____ If current car is being paid through the plan, please explain how the current car lender will be paid if Debtor(s) is proposing to trade in current car for a new car.

    ```
    N/A
    ```

12. ____ If Debtor(s) is seeking to purchase or lease an additional car explain why the Debtor(s) needs an additional car.

    ```
    Not applicable.
    ```

13. __X__ Explain what efforts the Debtor(s) has made to obtain the best deal at the lowest interest rate possible.

    ```
    The Debtors have inquired with multiple sellers. They
    aggressively negotiated the present deal (the dealership
    initially proposed a higher interest rate).
    ```

   NOTE: All applicable items stated above must be included in the order, not simply reference the motion.

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Attorney for Debtors
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
(330) 644-0061
(330) 644-7241 fax
info@sremacklaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, a copy of the foregoing *Motion to Incur Debt to Purchase Motor Vehicle* was sent via Regular Mail to:

>William & Lisa Huet
>1609 Moreview Dr.
>Copley OH 44321

>and

>All creditors listed on the mailing matrix, which follows on the next page.

And via ECF to:

>United States Trustee

>and

>Keith L. Rucinski, Chapter 13 Trustee


/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Attorney for Debtors

```
Label Matrix for local noticing        PRA Receivables Management, LLC         455 John F. Seiberling Federal Building
0647-5                                  PO Box 41021                            US Courthouse
Case 19-50025-amk                       Norfolk, VA 23541-1021                  2 South Main Street
Northern District of Ohio                                                       Akron, OH 44308-1848
Akron
Tue Jan 26 17:15:24 EST 2021

Ally Financial                          Atlantic Credit & Finance Inc           Barclay Card Services
PO Box 380901                           PO Box 2083                             PO Box 13337
Minneapolis, MN 55438-0901              Warren MI 48090-2083                    Philadelphia, PA 19101-3337


Barclays Bank Delaware                  Bureaus Investment Group Portfolio 15, LLC   Bureaus Investment Group Portfolio No 15 LLC
PO Box 8803                             650 Dundee Rd Ste 370                   c/o PRA Receivables Management, LLC
Wilmington, DE 19899-8803               Northbrook IL 60062-2757                PO Box 41021
                                                                                Norfolk VA 23541-1021


Capital One Bank                        Capital One Bank (USA), N.A.            Capital One Bank USA NA
PO Box 6492                             by American InfoSource as agent         ATTN: General Correspondence
Carol Stream, IL 60197-6492             PO Box 71083                            PO Box 30285
                                        Charlotte, NC  28272-1083               Salt Lake City, UT 84130-0285


Capital One Retail Services             Client Services Inc                     Crown Asset Management LLC
PO Box 7680                             3451 Harry S Truman Blvd                3100 Breckenridge Blvd Ste 725
Carol Stream, IL 60116-7680             St Charles MO 63301-9816                Duluth GA 30096-7605


Fifth Third Bank                        George Gusses Co LPA                    Home Depot
PO Box 9013                             33 S Huron St                           PO Box 9001010
Addison, Texas 75001-9013               Toledo OH 43604-8705                    Louisville, KY 40290-1010


Lowes/Synchrony Bank                    Lyons Doughty & Velduis PC/PA           Midland Funding LLC
PO Box 530914                           471 E Broad St 12th Fl                  PO Box 2001
Atlanta, GA 30353-0914                  Columbus, OH 43215-3806                 Warren MI 48090-2001


Midland Funding LLC                     Mr Cooper                               Nationstar Mortgage LLC D/B/A Mr. Cooper
PO Box 2011                             8950 Cypress Waters Blvd                P.O. Box 619094
Warren, MI 48090-2011                   Coppell, TX 75019-4620                  Dallas, TX  75261-9741
                                                                                8 75261-9094


Paolucci Law                            Quantum3 Group LLC as agent for         Summa Health System
1 Cascade Pl. Ste. 1015                 Crown Asset Management LLC              1077 Gorge Blvd
Akron, OH 44308-1129                    PO Box 788                              Akron OH 44310-2408
                                        Kirkland, WA  98083-0788


Synchrony Bank                          Synchrony Bank/JCP                      Synchrony Bank/ROS
c/o PRA Receivables Management, LLC     PO Box 960090                           PO Box 530916
PO Box 41021                            Orlando, FL 32896-0090                  Atlanta, GA 30353-0916
Norfolk VA 23541-1021
```

Derrick Rippy ust11  
Office of the U.S. Trustee  
H.M. Metzenbaum U.S. Courthouse  
201 Superior Avenue East Suite 441  
Cleveland, OH 44114-1234

Kathryn A. Belfance  
Roderick Linton Belfance LLP  
50 S. Main Street 10th Floor  
Akron, OH 44308-1849

Keith Rucinski  
Chapter 13 Trustee  
One Cascade Plaza Suite 2020  
Akron, OH 44308-1160

Lisa J. Huet  
1609 Moreview Drive  
Akron, OH 44321-1932

Rebecca J. Sremack  
Sremack Law Firm  
2745 S. Arlington Road  
Akron, OH 44312-4713

William J. Huet  
1609 Moreview Drive  
Akron, OH 44321-1932

William M. Sremack  
2745 S Arlington Road  
Akron, OH 44312-4713

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FIFTH THIRD BANK

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(d)PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

End of Label Matrix  
Mailable recipients    36  
Bypassed recipients     3  
Total                  39