IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| In re: | CHAPTER 13 BANKRUPTCY |
|---|---|
| **WILLIAM J. HUET and LISA J. HUET,** | CASE NO. 19-50025 |
| Debtors. | JUDGE ALAN M. KOSCHIK |

**NOTICE OF DEBTOR'S MOTION TO PURCHASE MOTOR VEHICLE**

William J. Huet and Lisa J. Huet have filed a Motion to Incur Debt to Purchase a Motor Vehicle.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)

If you do not want the court to authorize the motion, or if you want the court to consider your views on the motion, then on or before February 18, 2021, you or your attorney must:

File with the court written objections and request for a hearing, and a written response explaining your position, at:
    Clerk of Courts
    U.S. Bankruptcy Court
    John F. Seiberling Federal Building & U.S. Courthouse
    2 South Main Street
    Akron, OH  44308

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to the Debtors' counsel, at:

Sremack Law Firm LLC
2745 S. Arlington Road
Akron, OH  44312

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may enter an order granting the motion.

DATED:  January 27, 2021

    Respectfully submitted,

    /s/ Rebecca J. Sremack
    Rebecca J. Sremack #0092313
    Sremack Law Firm LLC
    2745 South Arlington Road
    Akron, Ohio 44312
    Phone: 330.644.0061
    Fax: 330.644.7241
    info@sremacklaw.com
    *Attorney for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, a copy of the foregoing *Notice of Motion to Incur Debt to Purchase Motor Vehicle* was sent via Regular Mail to:

    William & Lisa Huet
    1609 Moreview Dr.
    Copley OH 44321

    and

    All creditors listed on the mailing matrix, which follows on the next page.

And via ECF to:

    United States Trustee

    and

    Keith L. Rucinski, Chapter 13 Trustee

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Attorney for Debtors*

```
Label Matrix for local noticing          PRA Receivables Management, LLC          455 John F. Seiberling Federal Building
0647-5                                   PO Box 41021                             US Courthouse
Case 19-50025-amk                        Norfolk, VA 23541-1021                   2 South Main Street
Northern District of Ohio                                                         Akron, OH 44308-1848
Akron
Tue Jan 26 17:15:24 EST 2021

Ally Financial                           Atlantic Credit & Finance Inc            Barclay Card Services
PO Box 380901                            PO Box 2083                              PO Box 13337
Minneapolis, MN 55438-0901               Warren MI 48090-2083                     Philadelphia, PA 19101-3337


Barclays Bank Delaware                   Bureaus Investment Group Portfolio 15, LLC    Bureaus Investment Group Portfolio No 15 LLC
PO Box 8803                              650 Dundee Rd Ste 370                    c/o PRA Receivables Management, LLC
Wilmington, DE 19899-8803                Northbrook IL 60062-2757                 PO Box 41021
                                                                                  Norfolk VA 23541-1021


Capital One Bank                         Capital One Bank (USA), N.A.             Capital One Bank USA NA
PO Box 6492                              by American InfoSource as agent          ATTN: General Correspondence
Carol Stream, IL 60197-6492              PO Box 71083                             PO Box 30285
                                         Charlotte, NC  28272-1083                Salt Lake City, UT 84130-0285


Capital One Retail Services              Client Services Inc                      Crown Asset Management LLC
PO Box 7680                              3451 Harry S Truman Blvd                 3100 Breckenridge Blvd Ste 725
Carol Stream, IL 60116-7680              St Charles MO 63301-9816                 Duluth GA 30096-7605


Fifth Third Bank                         George Gusses Co LPA                     Home Depot
PO Box 9013                              33 S Huron St                            PO Box 9001010
Addison, Texas 75001-9013                Toledo OH 43604-8705                     Louisville, KY 40290-1010


Lowes/Synchrony Bank                     Lyons Doughty & Velduis PC/PA            Midland Funding LLC
PO Box 530914                            471 E Broad St 12th Fl                   PO Box 2001
Atlanta, GA 30353-0914                   Columbus, OH 43215-3806                  Warren MI 48090-2001


Midland Funding LLC                      Mr Cooper                                Nationstar Mortgage LLC D/B/A Mr. Cooper
PO Box 2011                              8950 Cypress Waters Blvd                 P.O. Box 619094
Warren, MI 48090-2011                    Coppell, TX 75019-4620                   Dallas, TX  75261-9741
                                                                                  8 75261-9094


Paolucci Law                             Quantum3 Group LLC as agent for          Summa Health System
1 Cascade Pl. Ste. 1015                  Crown Asset Management LLC               1077 Gorge Blvd
Akron, OH 44308-1129                     PO Box 788                               Akron OH 44310-2408
                                         Kirkland, WA  98083-0788


Synchrony Bank                           Synchrony Bank/JCP                       Synchrony Bank/ROS
c/o PRA Receivables Management, LLC      PO Box 960090                            PO Box 530916
PO Box 41021                             Orlando, FL 32896-0090                   Atlanta, GA 30353-0916
Norfolk VA 23541-1021
```

Derrick Rippy ust11  
Office of the U.S. Trustee  
H.M. Metzenbaum U.S. Courthouse  
201 Superior Avenue East Suite 441  
Cleveland, OH 44114-1234  

Kathryn A. Belfance  
Roderick Linton Belfance LLP  
50 S. Main Street 10th Floor  
Akron, OH 44308-1849  

Keith Rucinski  
Chapter 13 Trustee  
One Cascade Plaza Suite 2020  
Akron, OH 44308-1160  

Lisa J. Huet  
1609 Moreview Drive  
Akron, OH 44321-1932  

Rebecca J. Sremack  
Sremack Law Firm  
2745 S. Arlington Road  
Akron, OH 44312-4713  

William J. Huet  
1609 Moreview Drive  
Akron, OH 44321-1932  

William M. Sremack  
2745 S Arlington Road  
Akron, OH 44312-4713  


**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)FIFTH THIRD BANK

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(d)PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021


**End of Label Matrix**  
**Mailable recipients**     36  
**Bypassed recipients**      3  
**Total**                 39