IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| In re: | CHAPTER 13 BANKRUPTCY |
| **WILLIAM J. HUET and LISA J. HUET,** | CASE NO. 19-50025 |
| Debtors. | JUDGE ALAN M. KOSCHIK |

**NOTICE OF DEBTOR'S MOTION TO PURCHASE MOTOR VEHICLE**

William J. Huet and Lisa J. Huet have filed a Motion to Incur Debt to Purchase a Motor Vehicle.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)

If you do not want the court to authorize the motion, or if you want the court to consider your views on the motion, then on or before February 18, 2021, you or your attorney must:

File with the court written objections and request for a hearing, and a written response explaining your position, at:
        Clerk of Courts
        U.S. Bankruptcy Court
        John F. Seiberling Federal Building & U.S. Courthouse
        2 South Main Street
        Akron, OH  44308

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to the Debtors' counsel, at:

Sremack Law Firm LLC
2745 S. Arlington Road
Akron, OH  44312

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may enter an order granting the motion.

DATED:  January 27, 2021

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Attorney for Debtors*

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, a copy of the foregoing *Notice of Motion to Incur Debt to Purchase Motor Vehicle* was sent via Regular Mail to:

William & Lisa Huet
1609 Moreview Dr.
Copley OH 44321

and

All creditors listed on the mailing matrix, which follows on the next page.

And via ECF to:

United States Trustee

and

Keith L. Rucinski, Chapter 13 Trustee

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Attorney for Debtors*

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 19-50025-amk<br>Northern District of Ohio<br>Akron<br>Tue Jan 26 17:15:24 EST 2021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | Atlantic Credit & Finance Inc<br>PO Box 2083<br>Warren MI 48090-2083 | Barclay Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Bureaus Investment Group Portfolio 15, LLC<br>650 Dundee Rd Ste 370<br>Northbrook IL 60062-2757 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Capital One Bank<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank USA NA<br>ATTN: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Retail Services<br>PO Box 7680<br>Carol Stream, IL 60116-7680 | Client Services Inc<br>3451 Harry S Truman Blvd<br>St Charles MO 63301-9816 | Crown Asset Management LLC<br>3100 Breckenridge Blvd Ste 725<br>Duluth GA 30096-7605 |
| Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | George Gusses Co LPA<br>33 S Huron St<br>Toledo OH 43604-8705 | Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| Lowes/Synchrony Bank<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Lyons Doughty & Velduis PC/PA<br>471 E Broad St 12th Fl<br>Columbus, OH 43215-3806 | Midland Funding LLC<br>PO Box 2001<br>Warren MI 48090-2001 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Mr Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Nationstar Mortgage LLC D/B/A Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX  75261-9741<br>8 75261-9094 |
| Paolucci Law<br>1 Cascade Pl. Ste. 1015<br>Akron, OH 44308-1129 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Summa Health System<br>1077 Gorge Blvd<br>Akron OH 44310-2408 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/JCP<br>PO Box 960090<br>Orlando, FL 32896-0090 | Synchrony Bank/ROS<br>PO Box 530916<br>Atlanta, GA 30353-0916 |

| | | |
|---|---|---|
| Derrick Rippy ust11<br>Office of the U.S. Trustee<br>H.M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue East Suite 441<br>Cleveland, OH 44114-1234 | Kathryn A. Belfance<br>Roderick Linton Belfance LLP<br>50 S. Main Street 10th Floor<br>Akron, OH 44308-1849 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza Suite 2020<br>Akron, OH 44308-1160 |
| Lisa J. Huet<br>1609 Moreview Drive<br>Akron, OH 44321-1932 | Rebecca J. Sremack<br>Sremack Law Firm<br>2745 S. Arlington Road<br>Akron, OH 44312-4713 | William J. Huet<br>1609 Moreview Drive<br>Akron, OH 44321-1932 |
| William M. Sremack<br>2745 S Arlington Road<br>Akron, OH 44312-4713 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FIFTH THIRD BANK | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39