IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| In re: | CHAPTER 13 BANKRUPTCY |
|---|---|
| **WILLIAM J. HUET and LISA J. HUET,** | CASE NO.: 19-50025 |
| | JUDGE: ALAN M. KOSCHIK |
| Debtors. | |

**NOTICE OF SUBMISSION OF PURCHASE ORDER**

William J. and Lisa J. Huet respectfully give notice of the submission of the proposed purchase order, following on the next page.

    Respectfully submitted,

    /s/ Rebecca J. Sremack
    Rebecca J. Sremack #0092313
    Sremack Law Firm LLC
    2745 South Arlington Road
    Akron, Ohio 44312
    Phone: 330.644.0061
    Fax: 330.644.7241
    info@sremacklaw.com
    *Attorney for Debtors*

# RETAIL BUYERS ORDER

**Medina Auto Mall**
3205 Medina Road (330) 723-3291
Medina, OH 44256

| DEAL # | 159854 |
|---|---|
| CUSTOMER # | 126552 |

| PURCHASER'S NAME | Lisa Huet | DATE | 01/21/2021 |
|---|---|---|---|
| ADDRESS | 1609 Moreview Drive | HOME # | OFFICE # |
| CITY, STATE | Copley, OH | COUNTY Summit | ZIP 44321 | CELL # (330) 338-4151 |

☐ NEW ☐ USED ☐ FACTORY OFFICIAL ☐ RENTAL ☐ DEMO

PURCHASER'S E-MAIL

MILEAGE (Accurate Unless Marked Not Accurate) ☐ Not Accurate

SERIAL NO. 2 C 4 R C 1 C G 4 E R 1 1 5 2 7 4

| STOCK # | YEAR | MAKE | MODEL | BODY TYPE | EXT. COLOR | INT. COLOR |
|---|---|---|---|---|---|---|
| D202221A | 2014 | Chrysler | Town and Country | Touring-L Front | Deep Cherry Red | Black/Light Gra |

## TRADE-IN RECORD - TRADE 1

| STOCK NO. | YEAR | MAKE | MODEL |
|---|---|---|---|
| | 2009 | GMC | Acadia |

VIN # 1GKER23DX9J216052
MILEAGE 170012 ☐ Not Accurate  Salvage Vehicle? ☐ YES
BALANCE OWED $ 565.19
TRADE-IN ALLOWANCE $ 1,000.00
LIENHOLDER
ACCT. NO.

## TRADE-IN RECORD - TRADE 2

| STOCK NO. | YEAR | MAKE | MODEL |
|---|---|---|---|

VIN #
MILEAGE ☐ Not Accurate  Salvage Vehicle? ☐ YES
BALANCE OWED $
TRADE-IN ALLOWANCE $
LIENHOLDER
ACCT. NO.

**REMARKS**

$276.46 x 60 months
Interest Rate = 19.99%
Credit Acceptance

| | |
|---|---|
| RETAIL PRICE OF VEHICLE | 9,899.00 |
| SALE PRICE | 9,899.00 |
| OTHER GOODS & SERVICES | |
| SERVICE CONTRACT | 1,408.00 |
| | |
| | |
| | |
| | |
| DOCUMENTARY SERVICE FEE | 250.00 |
| TOTAL PRICE | 11,557.00 |
| TRADE-IN ALLOWANCE(S) | 1,000.00 |
| | |
| TAX BASE | 10,557.00 |
| SALES TAX 6.75 % | 780.10 |
| TITLE FEE | 15.00 |
| REGISTRATION FEE | 20.00 |
| OTHER FEES | |
| PLUS PAYOFF ON TRADE VEHICLE(S) | 565.19 |
| TOTAL DUE | 11,937.29 |
| LESS INITIAL PAYMENT CASH DOWN | 1,500.00 |
| LESS REBATE/FACTORY INCENTIVE | |
| ADDITIONAL CASH DOWN DUE | |
| BALANCE DUE | 10,437.29 |

**DEPOSIT (PARTIAL PAYMENT) RECEIPT** - Purchaser hereby provides to the Dealer the sum of $ 1,500.00 as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling teh described vehicle for 2 days from the date of Deposit.

X

**NEGATIVE EQUITY DISCLOSURE & CONSENT** - I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference, $ _____ (Known as negative equity)
X

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF. DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUIA PARA COMPRADORES DE VEHICULOS USADOS. LA INFORMACION QUE APARECE IN LA VENTANILLA DE ESTE VEHICULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO Y QUE APAREZCA EN CONTRATO DE VENTA.

If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annual Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf.

These documents are full incorporated herein (where applicable): Conditional/Spot Delivery Agreement, We Owe/Delivery Report and Used Vehicle Limited Warranty.

NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on teh front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement both on front and back adn agree to them. I certify that I am at least 18 years old and acknowledge recept of a copy of this agreement.

I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.

This motor vehicle contract is executed as of this date: 01/21/2021

PURCHASER(S): _____

SALESPERSON: _____    ACCEPTED BY AUTHORIZED AGENT _____

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, a copy of the foregoing *Notice of Submission of Purchase Order*, along with the Purchase Order, was sent via Regular Mail to:

>William & Lisa Huet
>1609 Moreview Dr.
>Copley OH 44321

>*and*

>All creditors listed on the mailing matrix, which follows on the next page.

And via ECF to:

>United States Trustee

>*and*

>Keith L. Rucinski, Chapter 13 Trustee

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Attorney for Debtors*
